# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| v. | : | Hon. Michael A. Hammer |
| JOSEPH WALKER | : | Mag. No. 15-4053 |

I, Timothy Gaffigan, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

SEE ATTACHMENT A

I further state that I am a Senior Inspector with the United States Marshals Service, and that this complaint is based on the following facts:

SEE ATTACHMENT B

continued on the attached page and made a part thereof.

_____
Timothy Gaffigan, Senior Inspector
U.S. Marshals Service

Sworn to before me and subscribed in my presence,
May 7, 2015 in Newark, New Jersey

HONORABLE MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer

## ATTACHMENT A

On or about May 6, 2015, in Essex County, in the District of New Jersey and elsewhere, defendant

JOSEPH WALKER

did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, namely a Deputy Marshal of the United States Marshals Service, while engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a)(1) and Section 2.

I, Timothy Gaffigan, am a Senior Inspector with the United States Marshals Service. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and part. Because this Affidavit is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about May 6, 2015, as part of an ongoing investigation, two Deputy United States Marshals and another federal agent ("Federal Officers") arrived at a second floor residence in Irvington, New Jersey. The Federal Officers knocked on the door. The resident ("Resident") answered the door, whereupon the Federal Officers identified themselves as Federal Officers. Upon learning the purpose of the Federal Officers' visit, namely to ask the resident some questions pertaining to an unrelated investigation, the Resident consented to the Federal Officers' entry into the residence.

2. Once inside the residence, the Federal Officers observed marijuana in plain view on a table. In addition to the Resident, the Federal Officers determined that defendant Joseph Walker ("WALKER") was also present inside the residence.

3. During the subsequent conversation between the Federal Officers, the Resident, and WALKER, WALKER suddenly pushed the Resident toward the Federal Officers and ran out of the residence through the back door.

4. The Federal Officers pursued WALKER down the stairs and out into the backyard of the residence. During this pursuit, WALKER was actively resisting the Federal Officers by kicking, elbowing, and pushing them. The Federal Officers repeatedly instructed WALKER to stop resisting.

5. When WALKER reached the fence at the edge of the backyard of the residence, the Federal Officers apprehended WALKER. As the Federal Officers made efforts to subdue WALKER, who was still actively resisting, WALKER head-butted one of the Deputy U.S. Marshals ("Marshal 1") in the face. As a result of this action, Marshal 1 sustained a cut to his lower lip. In addition, during the pursuit and arrest of WALKER, Marshal 1

sustained a broken finger. Both of Marshal 1's bodily injuries were treated at East Orange General Hospital on or about May 6, 2015.

6.  Deputy United States Marshals are officers or employees of the United States as defined in Title 18, United States Code, Section 1114.